SUSAN B. LUCE - State Bar No. 120843
DAVID A. BOONE - State Bar No. 74165
LEELA V. MENON -State Bar No. 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, California 95126
Telephone:    (408) 291-6000
Facsimile:    (408) 291-6016

Attorneys for GILMORE E. ERICKSON
and DRESDEN M. ERICKSON

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | )<br>) |
| GILMORE E. ERICKSON AND<br>DRESDEN M. ERICKSON | ) Case No.  09-52811ASW<br>) CHAPTER 7 |
| Debtors. | ) ADV. CASE NO: 09-05330<br>) |
| ———————————————— | ) Date:    March 10, 2010 |
| VICTORIA ARREOLA; LYDIA BURCH;<br>YEE-KEONG CHAN; STEVEN R.<br>HOFFMAN; DIANA  RICE/EXCELLENT<br>EVENTS, LLC; RAMIN SOHEILI,<br>TRUSTEE OF THE ALBORZ 2003<br>TRUST; STAN SHORE | ) Time:   3:15 p.m.<br>) Place:  Room 3020<br>)<br>) The Honorable Arthur S. Weissbrodt<br>)<br>) |
| Plaintiffs. | )<br>) |
| vs | )<br>) |
| GILMORE E. ERICKSON AND<br>DRESDEN M. ERICKSON | )<br>)<br>) |
| Defendants. | )<br>) |

**STATUS CONFERENCE STATEMENT**

The Defendants, Gilmore E. Erickson and Dresden M. Erickson, respectfully represent:

1. Defendants have learned of the possible change of counsel and reduction of the number of Plaintiffs through the Status Conference Statement filed by Plaintiffs.

2. Counsel for Defendant has been away due to family illness and apologizes for the lateness

1     of this statement.

2 3.     Defendants have been preparing initial discovery, including electronic discovery, which

3     will be provided shortly.

4 4.     Defendants' main case was dismissed without discharge due to a failure to complete the

5     required credit counseling. They are in the process of trying to reopen the case. Until and

6     unless that is complete, the purpose of this adversary is in question.

7 5.     Defendants prepared and filed a response to Plaintiffs' Motion to Consolidate, after

8     which Plaintiffs withdrew their motion.

DATED: March 8, 2010         LAW OFFICES OF DAVID A. BOONE

                                        By: */s/ Susan B. Luce*
                                              SUSAN B. LUCE
                                              Attorney for Defendant/Debtor